MARCH 24, 2000

No. 99M80.  HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. *v.* CROMARTIE ET AL.  Motion of appellees to expedite schedule for appeal denied.

MARCH 27, 2000

No. 99–1212.  LAROUCHE ET AL. *v.* FOWLER ET AL.  Appeal from D. C. D. C.  Motion of Democratic Party officials and members for leave to file a brief as *amici curiae* granted.  Judgment affirmed.

No. 99–8233.  KIMBERLIN *v.* UNITED STATES.  C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. D–2148.  IN RE DISBARMENT OF STONE.  William T. Stone, of Williamsburg, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2149.  IN RE DISBARMENT OF RASKIN.  Stephen L. Raskin, of South Miami, Fla., is suspended from the practice of. law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2150.  IN RE DISBARMENT OF KORONES.  N. David Korones, of St. Petersburg, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.